No. 266, Misc.   DAVIS *v.* SHERIFF OF FINNEY COUNTY, KANSAS.   Petition for writ of injunction denied.

No. 269, Misc.   ALLEN *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT.   Application denied.

No. 281, Misc.   WHITE *v.* UNITED STATES; and

No. 307, Misc.   WALLER, SHERIFF, *v.* UNITED STATES EX REL. SHEFFIELD.   Motions for leave to file petitions for writs of certiorari denied.   Petitioners *pro se.   Fred S. LeBlanc,* Attorney General of Louisiana, *M. E. Culligan,* Assistant Attorney General, and *Hugh M. Wilkinson,* Special Assistant Attorney General, for petitioner in No. 307, Misc.   Reported below: No. 307, Misc., 224 F. 2d 280.

No. 448.   UNITED STATES *v.* McKESSON & ROBBINS, INC.   Appeal from the United States District Court for the Southern District of New York.   Probable jurisdiction noted.   *Solicitor General Sobeloff, Assistant Attorney General Barnes* and *Daniel M. Friedman* for the United States.   *John P. McGrath, Laurence C. Ehrhardt* and *Marland Gale* for appellee.

No. 486.   NATIONAL LABOR RELATIONS BOARD *v.* TRUITT MANUFACTURING Co.   C. A. 4th Cir.   Certiorari granted. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling* and *Dominick L. Manoli* for petitioner. *Whiteford S. Blakeney* for respondent.

No. 295, Misc.   MESAROSH ET AL. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari granted.   *Frank J. Donner,*

*Arthur Kinoy* and *Marshall Perlin* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Tompkins, Charles F. Barber* and *Harold D. Koffsky* for the United States.

No. 481. BLACK ET AL. *v.* UTAH. Supreme Court of Utah. Certiorari denied. *Frank E. Flynn* for petitioners.

No. 482. WHEC, INC. ET AL. *v.* FEDERAL BROADCASTING SYSTEM, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Thomas H. Wall* for WHEC, Inc., and *Frank Roberson* and *Frank U. Fletcher* for the Veterans Broadcasting Co., Inc., petitioners. *William A. Roberts* and *Edgar Turlington* for respondent.

No. 488. ENKE *v.* BAUCUS. Supreme Court of Montana. Certiorari denied. *James R. Browning* and *Lyman A. Garber* for petitioner. *Dean Acheson, Charles A. Horsky* and *James J. Bierbower* for respondent.

Nos. 258 and 498. DURST, ASSIGNEE, *v.* KALPAKOFF ET AL. C. A. 9th Cir. Motion for leave to file respondent's brief in No. 258 granted. Certiorari denied. *Morris Lavine* for petitioner. *Philip F. Herrick* for Chernabaeff, respondent.

No. 495. THROPP *v.* FARNUM ET AL. United States Court of Appeals for the District of Columbia Circuit. Motion to strike respondents' brief denied. Certiorari denied. *Earl J. Lombard* for petitioner. *Arthur G.*